# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 18, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137735(17)

VICKI FUJA, As Personal Representative
Of the Estate of FAYE ELLEN HINES,
    Plaintiff-Appellee,

v

LUX ELECTRONIC PRODUCTS,
    Defendant,
and

EDWIN MCAULEY ELECTRONICS. LTD,
    Defendant-Appellant.
_____

SC:   137735
CoA:  288545
Shiawassee CC: 07-05652-NO

On order of the Chief Justice, the motion for temporary admission to practice of David H. Zeehandelaar is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 18, 2009

_____
Clerk